# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| BILLY EARL HARRISON, | ) CV 14-2042-DMG (SH) |
|     Plaintiff, | ) JUDGMENT |
| v. | ) |
| SGT. SHAW, et al., | ) |
|     Defendants. | ) |

    Plaintiff has not filed an Amended Complaint by September 29, 2014, as Ordered by this Court on August 28, 2014.

    The remaining claims in the Complaint which were not previously dismissed without leave to amend (i.e., the claims which Plaintiff was granted leave to amend) are dismissed without prejudice.

    In reaching this conclusion, the Court has weighed the relevant factors: "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring

///

1  disposition of cases on their merits, and (5) the availability of less drastic sanctions."
2  <u>Carey v. King</u>, 856 F.2d 1439, 1440 (9th Cir. 1988).

4  DATED:  October 31, 2014

                                    _____
6                                   DOLLY M. GEE
                                    UNITED STATES DISTRICT JUDGE